## LEMON *v.* OAKLAND CIRCUIT JUDGE.

CIRCUIT COURT COMMISSIONERS—APPEAL—DISMISSAL—VACATION—
MANDAMUS—WRIT OF ERROR.

> Mandamus does not lie to compel a circuit judge to vacate an
> order dismissing an appeal from a judgment of a circuit court
> commissioner, plaintiff's remedy being by writ of error.

Mandamus by Walter Lemon to compel George W. Smith, circuit judge of Oakland county, to vacate an order dismissing an appeal from the judgment of a circuit court commissioner. Submitted May 23, 1905. (Calendar No. 21,111.) Writ denied June 8, 1905.

*Lodge, Trevor & Brown,* for relator.

*James H. Lynch,* for respondent.

PER CURIAM. Relator applies for a mandamus to compel respondent to vacate an order dismissing an appeal from the judgment of a circuit court commissioner. Relator has mistaken his remedy. If he is entitled to relief, he can obtain it by writ of error. *Willis* v. *Gimbert,* 27 Mich. 91.

The writ is denied.